614

No. 540. NATIONAL SURETY Co. *v.* AUSTIN MACHINERY CORP. ET AL. January 27, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Marion G. Evans* and *J. W. Cutrer* for petitioner. *Mr. Wm. P. Metcalf* for respondents.

No. 543. MISSOURI PACIFIC R. Co. *v.* RAMEY. January 27, 1930. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Harry R. Stocker* and *Edward J. White* for petitioner. *Messrs. Ed. L. Abington, John W. Campbell,* and *Carl C. Abington* for respondent.